August 1, 2013

To whom it may concern,

I, Michael J. Wilson KY4262 am hereby writing to inform Judge Eduardo C. Robreno and this Court that I am now incarcerated at S.C.I. Waymart P.O. Box 256 Waymart, Pa 18472-0256. However, I am also hereby requesting that you please ensure that I receive any and all documents and motions filed pertaining to Docket # ~~~~~ # 13-61. And please ensure that Mr. John J. Coyle is aware of my new location; and that he sends me a copy of the defendants Motion for Summary judgement and any all documents pertaining to Civil action # 13-61.

Thank you very much for your time and cooperation.

Respectfully Submitted,

Michael Wilson KY4262