RE: Civil Action # 13-61   July 20, 2014

Honorable Judge Eduardo C. Robreno,

I, Michael Wilson # KY4262 PP# 651330 are hereby refusing to accept the City of Philadelphia Warden Michelle Pherelle, Captain Oakman, Captain Waterford and Mr. John Coyle, city solicitor settlement offer recently made. I refuse to forever discharge, dismiss or free the City of Philadelphia, Warden Michelle Pherelle, Captain Oakman, Captain Waterford from any liability arising from their violation of my First Amendment rights and rights to free exercise of religion. I also refuse to free them from any liability in this instant matter, before this court, or from any liability hereafter to occur.

Also, I am hereby requesting that Counsel Gerald J. Williams and his Law Firm, be withdrawn from this case Civil Action # 13-61 since they have already alledged their own ineffectiveness by trying to convince me that because this case will go before a jury whose participants will be from the surrounding areas of Philadelphia, such as Bucks County and other surrounding Counties; that this type of jury will not be sympathetic to my claims or even willing to go against Warden Michelle Pherell, despite their violation of my First Amendment Rights or the facts presented in this case. And because this type of jury will not award me punitive damages against the defendants, despite what I can prove. Respectfully Submitted,

Michael Wilson * KY4262

Name: MICHAEL WILSON
Number: KY4262
S.C.I. WAYMART
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

ADDRESS MUST BE PRINTED BELOW THIS LINE ▼

Judge Eduardo C. Robreno
Office of the Clerk
United States District Court
Philadelphia, PA 19106-9865

neopost
07/21/2014
US POSTAGE $00.48

ZIP 18472
041L12202343

DO NOT COLOR OR WRITE BELOW THIS LINE

191063999