IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL T. WILSON, | : | CIVIL ACTION |
| | : | NO. 13-00061 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN PHERELL, ET AL., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **5th** day of **August, 2014,** upon of the Plaintiff's handwritten letter, filed of record, it is hereby **ORDERED** that a **RULE** is **ISSUED** for Defendants to show cause why the settlement agreement entered into by the parties should not be vacated, Counsel Gerald Williams be allowed to withdraw from the case, and the case returned to the active docket of the court. A response in writing must be filed of record by **Monday, August 25, 2014.**[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] It is not entirely clear whether Plaintiff is claiming that he has now changed his mind about the settlement, whether he now contends that the advice that Mr. Williams gave him at the time that he entered into the settlement was legally incorrect, and/or whether Mr. Williams had no authority to enter into a settlement on Plaintiff's behalf.